## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Houshmand Khoshbin | FILED: MAY 21, 2008 |
| | 08CV2949        PH |
| v. | JUDGE CASTILLO |
| | MAGISTRATE JUDGE COX |
| Village of Palatine, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Village of Palatine

---

NAME (Type or print)
Scott B. Dolezal

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
     s/  Scott B. Dolezal

FIRM
DeAno & Scarry, LLC

STREET ADDRESS
53 W. Jackson Blvd, Suite 1062

CITY/STATE/ZIP
Chicago, IL 60604

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6274826 | TELEPHONE NUMBER  (630) 690-2800 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☐     NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐     NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☐     NO ☑

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐