IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| HOUSHMAND KHOSHBIN, | 08CV2949    PH <br> JUDGE CASTILLO <br> MAGISTRATE JUDGE COX |
| Plaintiff, | |
| v. | |
| VILLAGE OF PALATINE, A Municipal Corporation, OFFICER PATRICK JOHNSON, OFFICER TODD HOLTZ, Individually and in their official capacity as Village of Palatine Police Officers, | Court No. |
| Defendants. | |

## JURY DEMAND

The Defendant, VILLAGE OF PALATINE, by one of their attorneys, LAURA L. SCARRY, DeANO & SCARRY, hereby demand a trial by jury.

                                              s/Laura L. Scarry
                                Attorney for Village of Libertyville Palatine

Laura L. Scarry
ARDC No. 6231266
DeANO & SCARRY
53 W. Jackson Blvd.
Suite 1062
Chicago, IL 60604
(630) 690-2800 251